UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA ALVAREZ, | Case No. 09CV 1196 IEG POR |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST THE BOEING COMPANY |
| v. | |
| SOUTHWEST AIRLINES CO., dba SOUTHWEST AIRLINES, a Texas Corporation; THE BOEING COMPANY, a Delaware Corporation and DOES 1-20, Inclusive, | |
| Defendant. | |

Pursuant to the Joint Motion of Defendant The Boeing Company ("Boeing") and Plaintiff Maria Alvarez ("Plaintiff"), and good cause appearing therefore, IT IS HEREBY ORDERED that the default entered against Boeing on July 20, 2009 is set aside. Boeing shall file a response to Plaintiff's complaint on or before July 31, 2009

IT IS SO ORDERED.

Dated: July 24, 2009

_____
HON. IRMA E. GONZALEZ
United States District Judge